IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROMEO COOLEY,**             Plaintiff,<br>            v.<br>**JUDGE DUNLAVEY, et al,**             Defendant. | )<br>)<br>) Civil Action No. 07-173 Erie<br>)<br>)<br>)<br>) |

## **ORDER**

AND NOW, this 3rd day of August, 2007, the Plaintiff having filed a Motion to Withdraw Civil Rights Complaint (Document No. 7)

IT IS HEREBY ORDERED that said motion be and hereby is GRANTED, the Clerk of Courts is directed to close this case as it is dismissed without prejudice

S/Sean J. McLaughlin<br>
Sean J. McLaughlin<br>
United States District Judge

cc: All counsel of record. nmk