IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROMEO COOLEY )
)
    Plaintiff, )
) Civil Action No. 07-173 Erie
  v. )
)
MICHAEL DUNLAVEY, et al., )
)
    Defendants. )

## **MEMORANDUM ORDER**

AND NOW, this 6th day of October, 2008, and upon review *nunc pro tunc*, of Plaintiff's untimely filed objections [Doc. No. 40] to Magistrate Judge Susan Paradise Baxter's Report and Recommendation [Doc. No. 38] filed on August 19, 2008, recommending that the motion to dismiss filed by Defendant Richmond [Doc. No. 17] be granted, the motion to dismiss filed by Defendant Dunlavey [Doc. No. 22] be granted and the motion to dismiss filed by Defendants Brooks and Lowry [Doc. No. 25] be granted, the following order is entered:

IT IS HEREBY ORDERED that the motion to dismiss filed by Defendant Richmond [Doc. No. 17] is GRANTED; the motion to dismiss filed by Defendant Dunlavey [Doc. No. 22] is GRANTED; and the motion to dismiss filed by Defendants Brooks and Lowry [Doc. No. 25] is GRANTED.

The Report and Recommendation [Doc. No. 38] of Magistrate Judge Baxter, filed on August 19, 2008, is adopted as the opinion of the Court.

                                                s/   Sean J. McLaughlin
                                                      United States District Judge

cm:    All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge